UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DONLEY THOMPSON ,<br>Defendant. | CASE NO. 25-CR-113 YGR<br><br>**DETENTION ORDER** |

On July 29, 2026, this matter came before the Court for a detention hearing on the Petition for Summons filed April 29, 2025. Dkt. No. 3. The Defendant was present and in custody. The government moved for detention, United States Probation supported detention, and the Defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention, including that the Defendant was in abscond status and out of district for over a year, after having previously violated the conditions of his supervised release.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds the Defendant has not met his burden by clear and convincing evidence under Fed. R. Crim. P. 32.1(a)(6) that any condition or combination of conditions would reasonably assure the Defendant's appearance at future court proceedings.

Accordingly, the Defendant is hereby ordered detained pending resolution of the Petition for Summons for Person Under Supervision filed April 29, 2025.

This matter is continued for status conference regarding the Defendant's supervised release

///

///

violations before The Honorable United States District Judge Yvonne Gonzalez Rogers on August 20, 2026, at 2:15 p.m., 4th Floor, Courtroom 1.

IT IS SO ORDERED.

DATED: July 29, 2026

________________________
HON. AJAY KRISHNAN
United States Magistrate Judge